UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joseph A. Mann                                     Docket No. 5:02-CR-156-1M

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph A. Mann, who, upon a finding of guilt by jury to Count 3: Interference With Interstate Commerce by Means of Robbery, in violation of 18 U.S.C. § 1951, and Count 4: Brandishing a Firearm During and In Relation to a Crime, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 19, 2003, to the custody of the Bureau of Prisons for a term of 510 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five (5) years. On May 20, 2021, the court granted the defendant's motion for compassionate release, and the sentence was reduced to Time Served.

Joseph A. Mann was released from custody on December 6, 2024, at which time the term of supervised release commenced in the Southern District of Florida (SDFL).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was ordered to pay a special assessment of $200.00 and a fine in the amount of $10,000.00. Based upon a financial investigation conducted by SDFL U.S. Probation Officer Charee Goldberg, it was determined that Mann, with assistance from family members, will be able to pay $25.00 per month towards the outstanding balance of $7,177.37. It is respectfully recommended that the defendant make payments towards the fine at the rate of $25.00 per month until such time as the Court may alter the payment schedule in the interests of justice. Furthermore, it is recommended that the U.S. Probation office and U.S. Attorney's Office monitor the payment of the fine and report to the Court any material change in the defendant's ability to pay. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay the fine at the rate of $25.00 per month until such time as the Court may alter the payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of the fine and report to the Court any material change in the defendant's ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

Joseph A. Mann
Docket No. 5:02-CR-156-1M
Petition for Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: February 20, 2025 |

ORDER OF THE COURT

Considered and ordered this 21st day of February, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers, II
Chief U.S. District Judge